ALBERT FARJEON, Appellant, *v.* INDIAN TERRITORY ILLUMINATING OIL COMPANY et al., Respondents, Impleaded with Others.

*Farjeon* v. *Indian Territory Ill. Oil Co.*, 154 App. Div. 936, affirmed.
(Argued June 7, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1913, affirming a judgment in favor of defendants, respondents, entered upon a dismissal of the complaint as to them by the court on trial at Special Term in an action for an accounting, and to recover commissions under and pursuant to an alleged agreement

executed by the president of defendant Phœnix Oil Company. At the end of the case the respondents moved to dismiss the complaint upon three main grounds: *First,* that in the absence of proof of initial authority for, or subsequent ratification of, the Farjeon contract, the respondents are not bound by it; *second,* that in any event the plaintiff did not prove performance of his contract, in that he did not produce either a purchaser for the stock of the Phœnix Oil Company or the Osage Oil Company, or sufficient capital for the development of the property; *third,* that the plaintiff failed to prove any cause of action against any of the defendants, either at law or in equity. This motion was granted by the trial court, and the propriety of that ruling is the foundation of the final judgment now before this court for review.

*William E. Kisselburgh, Jr.,* and *William P. Maloney* for appellant.

*Wendell P. Barker, Robert Van Iderstine, Howard McWilliams* and *George W. Cole* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CARDOZO, JJ. Not sitting: MILLER, J.